UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| RAIKUEZ FIDEL MELCHOIRRE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:25-cv-00410-LEW |
| | ) | |
| STATE OF MAINE, | ) | |
| | ) | |
| Respondent | ) | |

# AMENDED ORDER AFFIRMING RECOMMENDED DECISION
# OF THE MAGISTRATE JUDGE

On September 24, 2025, United States Magistrate Judge John C. Nivison filed with the court, with a copy to the Petitioner, his Recommended Decision (ECF No. 3) on Petitioner's Petition for Habeas Corpus (ECF No. 1).

The Petitioner filed an objection to the Recommended Decision on October 17, 2025 (ECF No. 4) along with additional attachments on October 23, 2025 (ECF No. 5). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendation of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

1

It is therefore ORDERED that the Recommended Decision (ECF No. 3) of the Magistrate Judge is hereby AFFIRMED and ADOPTED.

The motion for habeas relief (ECF No. 1) under 28 U.S.C. § 2241 is DENIED and DISMISSED WITHOUT PREJUDICE, without an evidentiary hearing.

**SO ORDERED.**

Dated this 28th day of October, 2025.

                                                /s/ Lance E. Walker
                                                **CHIEF U.S. DISTRICT JUDGE**